# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1180
Lower Tribunal No. 2021-CF-000833

_____

JAMIL JOHN MAHSHIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Blair Allen, Public Defender, Bartow, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED